IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

LARRY M. BANKS )
20080075276 )
1.) LEE McCORKER )
20080033535 )
2.) REGINALD JONES )
20080034344 )
3.) DEMETRIUS SHELTON )
20080004735 )
4.) MARTIN MUNOZ )
2009008037 )
5.) BRUCE GILES )
20080016005 )
6.) JOSE H. ROMERO )
20030092847 )
7.) GEORGE CORTEZ )
20080071932 )
8.) TRACY WILLIAMS )
20060090044 )
9.) MICHAEL BLACK )
20090001920 )

CIVIL NO: _____

RECEIVED
Apr 3 2009
APR 3 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

09CV2071
JUDGE KENNELLY
MAG. JUDGE ASHMAN



VS.

TOM DART IN his Individual Capacity, OFFICIAL CAPacity: Superintendant MILLER IN his Individual Capacity OFFICIAL and OFFICIAL Capacity. Doctor JONES Individual Capacity and OFFICIAL Capacity Nurse Parry Individual Capacity and OFFICIAL Capacity, Cook County CRIMINAL COURT CHIEF Judge TIMOTHY C. EVANS IN his Individual Capacity OFFICIAL Capacity.

1.) 42 U.S.C. SS/983 SS/985 (2)&(3) SS/986 Violation of IRFRA ("IRFRA") 775 ILCS-35/1 ET SEq. On the date of Feb. 12-2009 the COOK COUNTY JAIL OFFICIAL'S CAME into the Knowledge that there was a "Virus" going through the JAIL, because Detainee's Name in the Complaint; Such as TAVARES HUNT, From Wing, DIVISION 10 Wing 1-A was Complaining of Pains, unable to drink enough fluids to replace what Diarhea, Vomiting ect the Cook County Jail official NAME; in the suit never informed Detainee's that the (Virus) was in their location when they were aware. The nurse(s) Such as Nurse PRICE as well as other Nurses and Doctors in Division (10) Kept the Virus hidden from the Detainee's; It wasn't until the detainees illness got worst, and the Problem started to happen to each, and every individual the Same, Such as abdominal cramps (stomach aches) headaches and fevers; These symtoms began around Feb 12.09 Until the time of this suit in 3-2009. The National Center for Immunization and Respiratory Disease, States: Gastroenteritis is including rotaviruses, Noroviruses, Adenoviruses, Type 40 or 41 Saporviruses and a Straviruses, Viral Gastroentertis is not caused by bacteria (Such as Salmonella or Escherichiacoli) or Parasites (Such as Giardial) or by Medications or other Medical Conditions although the symptoms may be similar. Your Doctor can determine if the diarrhea is caused by a Virus or by something else.

2.) The Plaintiff's were told nothing nor giving information or medication or given medical advice, and when asked, was denied. The Symptoms of Viral Gastroenterit were seen through Doctor's from the national Center for Immunization and respiratory diseases, and through (LARRY BANKS 20080075276 going to Stroger's Hospital, the Stroger's Hospital misnamed the Plaintiff CLARRY BANKS-20080075276) for (Brown/RODERICK DOB 11-03-78 Age 30YRS 7C 03-11-09, Act 20090015887 9101/MR 402166) So do to this Serious mistakes Plaintiff couldn't receive his medication from Physician orders, so Plaintiff suffered injuries of continuing affects of Gastroenteritis, Such as ("Stomach Aches") Headaches) (Fever) and abdominal cramps, these symtoms were to continue for only 1 to 2 days following Infections of Virus, but No late than 1-10 day, depending on which Virus caused the illness, because failure of medicial Staffin-DIVISION 10 refusal to treat the Plaintiff and other(s) we suffer actual damages..... Without knowledge of the Virus Some Detainee's did take the Virus home to Young children, wifes, mothers, and father. Due to the muslims Community of al mu'min the Islamic Community Couldn't make Prayers, because the Virus Gastroenteritis made them unclean (Haram) for wudu, because a muslim, cannot make Prayer under the condition because Gastroenteritis are spreaded through close Contact with infected People (For example, by Sharing, Food, water, or eating utensils. Individuals May also become infected by eating or drinking Contaminated foods or beverages, the use of the Sink was unclean to make wudu......

3.) The Plaintiff's (Muslims) and Non-muslim alike stated the food was contaminated by gastroenteritis, the Jewish Community was able to obtain religious rites through Khasur meals, while the muslims and Non muslims suffer the faith of eating (Haram) meals, which violates the faith of muslims, and goes against the Qur'an, and Ibraham monotheistism.

4.) The Plaintiff's state to get Viral gastroenteritis, anyone can get it, viral gastroenteritis occurs in any Person age or back ground, the Same Viruses tend to cause diarhea diseases primarily among people in specific age groups, due to the numberous virus in Cook County Jail (CCDOC) an individual can catch infections, Noroviruses, older adults in cook County Jail can Suffer faster CDC can assist with special analysis upon request, the question is that the CCDOC failure to contact them in the start show a Serious Problem, and the failure to inform the Detainees that were released, Placed their familys in danger, Federal rule of civil Procedure 23(A) Makes this case Class Certifiable Pursuant to 23(A)(1) (2), (3), (4), 23(B), if (we) are not allowed to Proceed under a class actions, then we should be able to Proceed any way, because (we) all Suffer the Same injuries......

5.) The Plaintiff's state a (MONELL) claim, because it was the custom, Policies, and Procedures of (CCDOC) that Cause the failure to detect the Virus in the first Place, because these issue(s) have been pleaded in other cases given notice of the Conditions of Cook County Jail....

6.) It was the Negligent of the Superintendent Miller not to report the issue, to the higher Authorities Such as Tom Dart, but when Tom Dart got Knowledge of the Incident (He) Concealed the information from the Public Attention, and allowed for numberous familys to Suffer, due to this, Tom Dart is guilty Under the Pleading of Violating the Plaintiffs 14th Amendment, Right, and at all time was acting under color of State Law, and the Plaintiffs Suffered Injuries because Tom Dart Negligence to have a Procedure Setup for the incidents like these......

7.) The Plaintiff's state the Cook County Criminal Courts, and the Cook County Jail Established a Policy of denying Detainees the right to go to Court to have their Matters adjucated before a magistrate Judge, this Conspiracy between Cook County Jail Violates the 14th Amendment of the Constitution, the defendants infringed the rights of the Plaintiff's by denying the Plaintiff's life, Liberty, Property without due Process of the law. No State Shall infringe the rights of its citizens or make any rule, statute, regulation, Policies Custom Violates the Plaintiff Constitutional rights under the 5th 6th 14th Amendment to the Constitution of 1970; Article 1 Section 2, Which affords citizens of this State "equal Protection of the law, Pursuant to 725 ILCS 5/103-5 (A) Speedy Trial the Court Continued the Proceedings by agreement Without the Knowledge of the Plaintiffs who are defendants being held in custody by the Cook County Jail, because of their negligence to Stop a Virus Which could have been stopped, if the Cook County Jail would Keep Cleaning Material Available for detainees to Keep their environment clean, Such Conduct is a direct Constitutional Violation and the defendants were acting under the color of State Law, and the Plaintiffs Muslims and non muslims were injured.

## Relief Sought

8.) The Principal factual issues in this case are (1) that the Defendants were Prevented from having Knowledge of a Virus, which was reported by the CDC Feb-12-2009 to Cook County Jail, but their failure to inform detainees of health issues lead to the detainees carrying of the Virus Gastroenteritis, the Plaintiff's are seeking ten Million Dollars; — 10,000,000,000. For Pain & Suffering and Punative Damages. Also Seeks injunctive relief, for Cook County to Conform their Policies to Protect detainees from future virus & Diseases, also seeking for Declatorial Judgment for the Court to declare Defendants Policies unconstitutional by not Putting up notices in every unit to inform Detainee that a Virus was in the facility, So that, they would have Known to Protect them selves from such harmful Conditions

Respectfully Submitted

_____