# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2071 | **DATE** | 4/19/2010 |
| **CASE TITLE** | Banks vs. Dart ||||

**DOCKET ENTRY TEXT**

Plaintiffs' unopposed motion for extension of time to file fourth amended complaint is granted. Due date is extended to 5/5/10. Status hearing set for 4/27/10 is vacated and reset to 5/10/10 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|