UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Lee McCorker, et al.
                     Plaintiff,

v.                                                            Case No.: 1:09–cv–02071
                                                             Honorable Matthew F. Kennelly

Thomas Dart, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 24, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 6/24/2010. Rule 26(a)(1) disclosures are to be made by 7/26/2010. Deadline for amending pleadings and adding parties is 10/29/2010. Fact discovery ordered closed by 12/31/2010. Defendants' joint motion to dismiss Count III or bifurcate [87] and defendants' joint motion to sever Count II [92] are entered. Plaintiffs' response to the motions is due 7/22/2010. Defendants' reply is due by 8/5/2010. Status hearing and ruling on motions is set for 8/26/2010 at 9:30 A.M. Motion hearing date of 6/30/2010 is vacated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.