**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Lee McCorker, et al.
                      Plaintiff,

v.                                            Case No.: 1:09–cv–02071
                                            Honorable Matthew F. Kennelly

Thomas Dart, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 26, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly:Motion to dismiss Count III [87] is denied; Motion to dismiss [92] is denied without prejudice; Motion to dismiss [102] is denied. Status hearing set for 9/16/2010 at 9:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.